Law Office of Brian C. Andritch
Brian C. Andritch, CA SBN 203808
2140 Merced Street, Suite 105
Fresno, California 93721
Tel. (559) 495-0200
Fax. (559) 495-0123

Attorney for Defendant
Thomas Lee Crow

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )   No. 1:17-cr-00242-1
                                 )
      v.                         )   STIPULATION TO CONTINUE
                                 )   SENTENCING HEARING
THOMAS LEE CROW,                 )   AND ORDER
                                 )
            Defendant.           )

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES

      ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the continue the sentencing hearing currently on calendar for November 26, 2018, at 8:30 a.m., be continued to December 17, 2018, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant, THOMAS LEE CROW, due to a medical emergency suffered by Mr. Crow and anticipated surgery. Counsel for defendant has communicated with Assistant U. S. Attorney, Karen Escobar, who has no

-1-

objection to this continuance. The parties agree to exclude time and agree that the time period of the date of this stipulation to December 17, 201, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November 21, 2018        /s/ Brian C. Andritch
                                                    Brian C. Andritch
                                                   Attorney for Defendant


Dated: November 21, 2018        UNITED STATES ATTORNEY'S OFFICE

                                                   /s/Karen Escobar
                                                   Karen Escobar
                                                   Assistant U.S. Attorneys

                                                        * * * * * * *

/ / /

/ / /

/ / /

///

///

///

///

///

///

///

**O R D E R**

**IT IS SO ORDERED.** For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to December 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

No further continuances will be granted.

IT IS SO ORDERED.

Dated: **November 21, 2018**   **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE