# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Respondent,<br><br>v.<br><br>THOMAS LEE CROW,<br><br>    Defendant-Petitioner. | CASE NOS. 1:17-CR-00242-LJO-SKO-1<br>             1:19-CV-00426-LJO<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 28) |

On April 2, 2019, Thomas Lee Crow ("Petitioner"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence ("Motion") under Title 28, United States Code, Section 2255, raising a claim of ineffective assistance of trial counsel for failure to discuss an appeal; challenging the length of his sentence, which exceeded guidelines; and contesting the imposition of a special condition of supervised release. *See* ECF No. 28.

Upon preliminary review of the Motion, the Court believes its decision making would be aided by the filing of a response by the United States <u>solely</u> as to the claim of ineffective assistance of counsel. Accordingly,

**IT IS HEREBY ORDERED** that the Government shall file a response to Petitioner's Motion within **60 days**; and

**IT IS FURTHER ORDERED** that Petitioner shall have **60 days** to file his reply, from the date of the Government's filing.

IT IS SO ORDERED.

   Dated: __**May 23, 2019**__                     __/s/ Lawrence J. O'Neill__
                                                              UNITED STATES CHIEF DISTRICT JUDGE