# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS LEE CROW,<br><br>Defendant. | CASE NO. 1:17-CR-00242-LJO-SKO-1<br><br>**ORDER GRANTING TRIAL COUNSEL LEAVE TO WITHDRAW AS COUNSEL OF RECORD**<br><br>(ECF NO. 32) |

Based upon the foregoing Motion to Withdraw as Counsel for the Defendant (ECF No. 32), and for good cause shown, **IT IS HEREBY ORDERED** that trial counsel Brian C. Andritch is granted leave to withdraw as Thomas Crow's counsel of record.

Mr. Crow shall continue to act *in propria persona* in relation to his motion to vacate, set aside, or correct a sentence under Title 28, United States Code, Section 2255, filed on April 2, 2019.

**IT IS FURTHER ORDERED** that the hearing on this motion, scheduled for August 5, 2019, is hereby vacated.

IT IS SO ORDERED.

Dated: __**July 17, 2019**__          _____/s/ Lawrence J. O'Neill_____
                                      UNITED STATES CHIEF DISTRICT JUDGE