# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00242-LJO-SKO-1 |
| **Plaintiff-Respondent,** | |
| v. | **ORDER FILING UNDER SEAL** |
| THOMAS LEE CROW, | (ECF NO. 28) |
| **Defendant-Petitioner.** | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that** pages fifty through seventy of Petitioner's *pro se* motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255, the presentence investigation report and recommendations, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated: __October 22, 2019__       _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES CHIEF DISTRICT JUDGE