UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS LEE CROW<br><br>Defendant. | No. 1:17-cr-00242-NONE-SKO<br><br>REVISED ORDER DIRECTING PETITIONER TO FILE FINANCIAL AFFIDAVIT FORM<br><br>(Doc. No. 28) |

On April 2, 2019, Thomas Lee Crow ("petitioner"), a former federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 ("§ 2255 motion"), raising a claim of ineffective assistance of his counsel for allegedly failing to discuss with him an appeal; challenging the length of his sentence; and contesting the imposition of special conditions of supervised release. (Doc. No. 28.) Petitioner has since been released from custody and is currently serving a thirty-six month term of supervised release. (Doc. No. 23.)

On December 4, 2020, the court issued an order directing petitioner to: 1) complete a Financial Affidavit Form to assess his eligibility for appointment of counsel for purposes of an evidentiary hearing on his § 2255 motion; 2) inform the court if petitioner wished to retain his own counsel; or 3) file a notice with the court stating he no longer wished to pursue relief in this action. (Doc. No. 41.) Petitioner was given 30 days from service of the order to respond. More

1

than sixty days have now passed since issuance of the order; however, upon review, the court finds the order could benefit from clarification in one respect.  In this regard, petitioner may also represent himself at the evidentiary hearing.  Petitioner's options to proceed remain the same as stated in the court's order dated December 4, 2020, with the addition of the above clarification.

Petitioner is directed to respond to this clarified order within thirty days of service.  If he wishes to pursue the appointment of counsel, he must complete and return the attached Financial Affidavit Form to assess his eligibility for appointment of counsel.  Alternatively, he may inform the court that he wishes to retain his own counsel <u>or</u> that he wishes to represent himself in pursuing his § 2255 motion.  If petitioner no longer wishes to pursue relief in this matter, he should inform the court of that wish.  If petitioner fails to respond to this order within thirty days, the court will assume he no longer wishes to pursue relief and will dismiss his § 2255 motion due to his failure to prosecute this action**.**

The Clerk of Court is directed to serve a copy of the Financial Affidavit Form (CJA 23) on plaintiff along with this order.

IT IS SO ORDERED.

Dated:   **February 23, 2021**               /s/ Dale A. Drozd                
                                             UNITED STATES DISTRICT JUDGE

2